**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**Philadelphia DIVISION**

| | | |
|---|---|---|
| In re:  MANNION, DECLAN H. | § | Case No. 20-11073-ELF |
| MANNION, JACINTA M. | § | |
| | § | |
| | § | |
| Debtor(s) | | |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on 02/21/2020. The undersigned trustee was appointed on 02/21/2020.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized the gross receipts of       $     131,600.00

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim distribution | 36,940.28 |
   | Administrative expenses | 11,341.73 |
   | Bank service fees | 1,021.52 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 0.00 |
   | Other payments to the debtor | 0.00 |
   | Leaving a balance on hand of[1]    $ | 82,296.47 |

The remaining funds are available for distribution.

---

[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011)

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 07/12/2020 and the deadline for filing governmental claims was 08/19/2020. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $9,830.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $9,830.00, for a total compensation of $9,830.00[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $29.01 for total expenses of $29.01[2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 10/28/2021     By: /s/ Christine C. Shubert
                           Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

---

[2]If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (5/1/2011)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit A
Page: 1

**Case No.:** 20-11073-ELF
**Case Name:** MANNION, DECLAN H.
MANNION, JACINTA M.
**For Period Ending:** 10/28/2021

**Trustee Name:** (500770) Christine C. Shubert
**Date Filed (f) or Converted (c):** 02/21/2020 (f)
**§ 341(a) Meeting Date:** 04/06/2020
**Claims Bar Date:** 07/12/2020

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 509 West Main Street, Norristown, PA 19401, ontgomery County County | 50,000.00 | 50,000.00 | | 71,000.00 | FA |
| 2 | 643 Stanbridge Street, Norristown, PA 19401, ontgomery County County | 50,000.00 | 50,000.00 | | 60,600.00 | FA |
| 3 | 2005 Toyota Prius, 185,000 miles | 1,500.00 | 1,500.00 | | 0.00 | FA |
| 4 | 2013 Toyota Sienna, 180,000 miles | 5,000.00 | 5,000.00 | | 0.00 | FA |
| 5 | 2009 Toyota Highlander, 190,000 miles | 6,000.00 | 6,000.00 | | 0.00 | FA |
| 6 | 2005 Toyota Tacoma, 155,000 miles | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 7 | liscellaneous Household Furnishings - Bedroom Set, Living Room Set, Kitchen Appliances and urniture. | 2,200.00 | 2,200.00 | | 0.00 | FA |
| 8 | Television and DVD Player | 300.00 | 300.00 | | 0.00 | FA |
| 9 | Miscellaneous Casual and Work Clothing | 1,500.00 | 1,500.00 | | 0.00 | FA |
| 10 | Wedding rings | 200.00 | 200.00 | | 0.00 | FA |
| 11 | Checking account: Artisans' Bank Account No. 22303646 | 2,779.87 | 2,779.87 | | 0.00 | FA |
| 12 | Checking account: Artisans' Bank Account No. 23124329 | 2,744.81 | 2,744.81 | | 0.00 | FA |
| 13 | Molly Maguire's Irish Restaurant & Pub I, Inc., 50% ownership | Unknown | 0.00 | OA | 0.00 | FA |
| 14 | Cork Construction, Inc., 50% ownership | Unknown | 0.00 | | 0.00 | FA |
| 15 | DeclanConor, Inc., 50% ownership | Unknown | 0.00 | | 0.00 | FA |
| 16 | John Deere Ride-On Lawn Mower | 100.00 | 100.00 | | 0.00 | FA |
| 17 | MMRP, LLC, 50% ownership | Unknown | 0.00 | | 0.00 | FA |
| 18 | ConorDeclan, LLC, 50% ownership | Unknown | 0.00 | | 0.00 | FA |
| 19 | Molly Maguire's Irish Restaurant & Pub II, Inc, 50 % ownership | Unknown | 0.00 | | 0.00 | FA |
| 20 | Molly Maguire's Irish Restaurant & Pub III, Inc, 50 % ownership (u)<br>added on amended schedule Doc. 48 | Unknown | 0.00 | | 0.00 | FA |
| **20** | **Assets Totals (Excluding unknown values)** | **$123,324.68** | **$123,324.68** | | **$131,600.00** | **$0.00** |

UST Form 101-7-TFR (5/1/2011)

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit A
Page: 2

**Case No.:** 20-11073-ELF
**Case Name:** MANNION, DECLAN H.
MANNION, JACINTA M.

**For Period Ending:** 10/28/2021

**Trustee Name:** (500770) Christine C. Shubert
**Date Filed (f) or Converted (c):** 02/21/2020 (f)
**§ 341(a) Meeting Date:** 04/06/2020
**Claims Bar Date:** 07/12/2020

**Major Activities Affecting Case Closing:**

The trustee intends to sell real estate which is partially owned by the debtors. The debtor co-owns two apartment buildings. The trustee is in the process of negotiating the terms of the sale of the property - updated 6/20

Motion to sell being prepared - updated 3/2021

The two properties owned by the debtor and a non-debtor were sold.    I have two motions before the Bankruptcy court allowing me to pay the post-petition taxes and to settle a motion filed by a creditor to allow a late filed proof of claim - once motion is granted, I will pay the taxes and the case can move forward with the TFR - updated 6/21

**Initial Projected Date Of Final Report (TFR):** 03/15/2021        **Current Projected Date Of Final Report (TFR):** 10/28/2021 (Actual)

UST Form 101-7-TFR (5/1/2011)

| | Form 2 | | | | | Exhibit B |
|---|---|---|---|---|---|---|
| | Cash Receipts And Disbursements Record | | | | | Page: 1 |

| Case No.: | 20-11073-ELF | Trustee Name: | Christine C. Shubert (500770) |
|---|---|---|---|
| Case Name: | MANNION, DECLAN H. | Bank Name: | Metropolitan Commercial Bank |
| | MANNION, JACINTA M. | Account #: | ******2861 Checking |
| Taxpayer ID #: | **-***4447 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 10/28/2021 | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 09/24/20 | {1} | Aman Gulati | deposit for purchase of 509 W. Main Street, Norristown, PA | 1110-000 | 10,000.00 | | 10,000.00 |
| 09/30/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 5.00 | 9,995.00 |
| 10/26/20 | | Metropolitan Commercial Bank | Bank and Technology Service Fee - Refund | 2600-000 | | -5.00 | 10,000.00 |
| 11/11/20 | {2} | Khalid Munir and Rubab Ansari | deposit from buyer for sale of 643 Stanbridge, Norristown, PA | 1110-000 | 7,500.00 | | 17,500.00 |
| 11/16/20 | {2} | Khalid Munir and Rubab Ansari | Deposit returned by issuing bank | 1110-000 | -7,500.00 | | 10,000.00 |
| 12/05/20 | {2} | SMK Realty Group LLC | replacement check for initial deposit on 643 Stanbridge Street | 1110-000 | 7,500.00 | | 17,500.00 |
| 12/13/20 | | Keystone Title Services | net proceeds from sale of 509 West Main Street, Norristown, PA | | 40,342.31 | | 57,842.31 |
| | {1} | | 1/2 Gross Sale Amount $71,000.00 | 1110-000 | | | |
| | {1} | | 1/2 Deposit -$5,000.00 | 1110-000 | | | |
| | | | 1/2 City/Town Taxes 12/11/20 to 1/1/21 $64.68 | 2820-000 | | | |
| | | | 1/2 School Taxes 12/11/20 to 2/1/21 $833.81 | 2820-000 | | | |
| | | | 1/2 Cert/Conveyancing Fee -$175.00 | 2500-000 | | | |
| | | | 1/2 Certified Check fee -$25.00 | 2500-000 | | | |
| | | | 1/2 Document Preparation -$15.00 | 2500-000 | | | |
| | | | 1/2 Payoff fee -$45.00 | 2500-000 | | | |
| | | | 1/2 Reimbursement for Tax/Sewer Certs -$45.00 | 2820-000 | | | |
| | | | 1/2 Realtor Commission -$4,260.00 | 3510-000 | | | |
| | | | 1/2 State Deed Tax -$710.00 | 2500-000 | | | |
| | | | 1/2 Payoff First Mortgage to Santander Bank NA -$15,425.92 | 4110-000 | | | |
| | | | 1/2 Sewer Balance to Norristown Municipal Waste Authority -$160.27 | 4800-000 | | | |
| | | | 1/2 Waste System Lien Payoff -$695.00 | 4700-000 | | | |

Page Subtotals:     $57,842.31         $0.00

{ } Asset Reference(s)    UST Form 101-7-TFR (5/1/2011)                      ! - transaction has not been cleared

| | Form 2 | | | | | Exhibit B |
|---|---|---|---|---|---|---|
| | **Cash Receipts And Disbursements Record** | | | | | Page: 2 |

| Case No.: | 20-11073-ELF | Trustee Name: | Christine C. Shubert (500770) |
|---|---|---|---|
| Case Name: | MANNION, DECLAN H. | Bank Name: | Metropolitan Commercial Bank |
| | MANNION, JACINTA M. | Account #: | ******2861 Checking |
| Taxpayer ID #: | **-***4447 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 10/28/2021 | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | | 1/2 Non Debtor Gross Sale Amount $71,000.00 | 1110-000 | | | |
| | {1} | | 1/2 Non Debtor Deposit -$5,000.00 | 1110-000 | | | |
| | | | 1/2 Proceeds to Patrick U. Egan -$50,342.31 | 1110-000 | | | |
| | | | 1/2 Non Debtor City/Town Taxes 12/11/20 to 1/1/21 $64.68 | 1110-000 | | | |
| | | | 1/2 Non Debtor School Taxes 12/11/20 to 2/1/21 $833.81 | 1110-000 | | | |
| | | | 1/2 Non-Debtor Cert/Conveyancing Fee -$175.00 | 1110-000 | | | |
| | | | 1/2 Non Debtor Certified Check Fee -$25.00 | 1110-000 | | | |
| | | | 1/2 Non Debtor Document Preparation -$15.00 | 1110-000 | | | |
| | | | 1/2 Non Debtor Payoff fee -$45.00 | 1110-000 | | | |
| | | | 1/2 Non Debtor Reimbursement for Tax/Sewer Certs -$45.00 | 1110-000 | | | |
| | | | 1/2 Non Debtor Realtor Commission -$4,260.00 | 1110-000 | | | |
| | | | 1/2 Non Debtor State Deed Tax -$710.00 | 1110-000 | | | |
| | | | 1/2 Non Debtor Payoff First Mortgage to Santander Bank, NA -$15,425.91 | 1110-000 | | | |
| | | | 1/2 Non Debtor Sewer Balance to Norristown Municipal Waste Authority -$160.26 | 1110-000 | | | |
| | | | 1/2 Non Debtor Waste System Lien Payoff -$695.00 | 1110-000 | | | |
| 12/31/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 34.38 | 57,807.93 |
| 01/03/21 | 101 | International Sureties | bond no. 016026390 | 2300-000 | | 23.78 | 57,784.15 |
| 01/29/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 62.42 | 57,721.73 |

Page Subtotals:         $0.00         $120.58

{ } Asset Reference(s)    UST Form 101-7-TFR (5/1/2011)                ! - transaction has not been cleared

| | | Form 2 | | | Exhibit B |
| | | Cash Receipts And Disbursements Record | | | Page: 3 |

| | | | | | |
|---|---|---|---|---|---|
| Case No.: | 20-11073-ELF | Trustee Name: | Christine C. Shubert (500770) | | |
| Case Name: | MANNION, DECLAN H. | Bank Name: | Metropolitan Commercial Bank | | |
| | MANNION, JACINTA M. | Account #: | ******2861 Checking | | |
| Taxpayer ID #: | **-***4447 | Blanket Bond (per case limit): | $5,000,000.00 | | |
| For Period Ending: | 10/28/2021 | Separate Bond (if applicable): | N/A | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 02/26/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 69.51 | 57,652.22 |
| 03/31/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 101.64 | 57,550.58 |
| 04/15/21 | {2} | Silverline Properties LLC | deposit for sale of 643 Stanbridge Street | 1110-000 | 6,000.00 | | 63,550.58 |
| 04/15/21 | 102 {2} | SMK Realty Group LLC | refund of deposit per order of 4/15/21 | 1110-000 | -7,500.00 | | 56,050.58 |
| 04/30/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 95.92 | 55,954.66 |
| 05/19/21 | | Lenape Realty Transfer, LLC | WIRE FROM LENAPE REALTY TRANSFER, | | 29,443.46 | | 85,398.12 |
| | {2} | Silverline Properties LLC | Debtor 1/2 Gross Sale Price $60,600.00 | 1110-000 | | | |
| | | | Non-Debtor 1/2 Gross Sales Price $60,600.00 | 1110-000 | | | |
| | | | Debtor School Taxes 1/2 - 5/19/21-6/30/21 $217.97 | 2820-000 | | | |
| | | | Debtor Borough/County/Trash 1/2 - 5/19/21 to 12/31/21 $1,113.38 | 2820-000 | | | |
| | {2} | | Excess Deposit -$6,000.00 | 1110-000 | | | |
| | | Santander Bank, N.A. | Debtor 1/2 payoff -$20,659.09 | 4110-000 | | | |
| | | Star Real Estate Group and Realty Mark Associates | Debtor 1/2 - Realtor Commission -$3,636.00 | 3510-000 | | | |
| | | | Debtor 1/2 - Cert reimbursements -$132.50 | 2500-000 | | | |
| | | | Debtor 1/2 Overnight/Courier fee -$68.00 | 2500-000 | | | |
| | | | Debtor 1/2 Wire/Certified Funds Fee -$22.50 | 2820-000 | | | |
| | | | Debtor 1/2 Deed Preparation -$50.00 | 2500-000 | | | |
| | | | Debtor 1/2 State Tax/stamps -$606.00 | 2500-000 | | | |
| | | | Debtor 1/2 Outstanding Waste Generation -$493.50 | 2820-000 | | | |
| | | | Debtor 1/2 Final Sewer -$820.29 | 2820-000 | | | |
| | | Patrick U. Egan | Non-Debtor 1/2 Proceeds -$35,443.47 | 1110-000 | | | |

Page Subtotals:   $27,943.46   $267.07

{ } Asset Reference(s)   UST Form 101-7-TFR (5/1/2011)   ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Exhibit B
Page: 4

| Case No.: | 20-11073-ELF | Trustee Name: | Christine C. Shubert (500770) |
|---|---|---|---|
| Case Name: | MANNION, DECLAN H. | Bank Name: | Metropolitan Commercial Bank |
| | MANNION, JACINTA M. | Account #: | ******2861 Checking |
| Taxpayer ID #: | **-***4447 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 10/28/2021 | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | | Non-Debtor School taxes 1/2 - 5/19/21 to 6/30/21  $217.97 | 1110-000 | | | |
| | | | Non-Debtor Borough/County/Trash 1/2 - 5/19/21 to 12/31/21  $1,113.35 | 1110-000 | | | |
| | | Santander Bank, NA | Non-Debtor 1/2 payoff  -$20,659.08 | 1110-000 | | | |
| | | Star Real Estate Group and Realty Mark Associates | Non-Debtor 1/2 Realtor Commission  -$3,636.00 | 1110-000 | | | |
| | | | Non-Debtor 1/2 Cert Reimbursements  -$132.50 | 1110-000 | | | |
| | | | Non-Debtor 1/2 Overnight/Courier fee  -$68.00 | 1110-000 | | | |
| | | | Non-Debtor 1/2 Wire/Certified Funds fee  -$22.50 | 1110-000 | | | |
| | | | Non-Debtor 1/2 Deed Preparation  -$50.00 | 1110-000 | | | |
| | | | Non-Debtor 1/2 State tax/stamps  -$606.00 | 1110-000 | | | |
| | | | Non-Debtor 1/2 Outstanding Waste Generation  -$493.50 | 1110-000 | | | |
| | | | Non-Debtor 1/2 Final Sewer  -$820.28 | 1110-000 | | | |
| 05/28/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 97.85 | 85,300.27 |
| 06/30/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 150.38 | 85,149.89 |
| 07/15/21 | 103 | United States Treasury | post petition taxes per order of 7/15/21 | 2810-000 | | 1,594.00 | 83,555.89 |
| 07/15/21 | 104 | Pennsylvania Department of Revenue | post petition taxes per order of 7/15/21 | 2820-000 | | 850.00 | 82,705.89 |
| 07/30/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 136.16 | 82,569.73 |
| 08/31/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 141.15 | 82,428.58 |
| 09/30/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 132.11 | 82,296.47 |
| | | COLUMN TOTALS | | | 85,785.77 | 3,489.30 | $82,296.47 |
| | | Less: Bank Transfers/CDs | | | 0.00 | 0.00 | |
| | | Subtotal | | | 85,785.77 | 3,489.30 | |
| | | Less: Payments to Debtors | | | | 0.00 | |
| | | NET Receipts / Disbursements | | | $85,785.77 | $3,489.30 | |

{ } Asset Reference(s)     UST Form 101-7-TFR (5/1/2011)     ! - transaction has not been cleared

# Form 2

Exhibit B

Page: 5

## Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 20-11073-ELF | **Trustee Name:** | Christine C. Shubert (500770) |
| **Case Name:** | MANNION, DECLAN H.<br>MANNION, JACINTA M. | **Bank Name:** | Metropolitan Commercial Bank |
| | | **Account #:** | ******2861 Checking |
| **Taxpayer ID #:** | **-***4447 | **Blanket Bond (per case limit):** | $5,000,000.00 |
| **For Period Ending:** | 10/28/2021 | **Separate Bond (if applicable):** | N/A |

| | |
|---|---:|
| Net Receipts: | $85,785.77 |
| Plus Gross Adjustments: | $45,814.23 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $131,600.00 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******2861 Checking | $85,785.77 | $3,489.30 | $82,296.47 |
| | **$85,785.77** | **$3,489.30** | **$82,296.47** |

UST Form 101-7-TFR (5/1/2011)

Page: 1

# Exhibit C

## Analysis of Claims Register

**Case:** 20-11073-ELF                    **DECLAN H. MANNION AND JACINTA M.**

Claims Bar Date: 07/12/20

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| ACCT EXP | Bederson LLP<br>374 Mount Pleasant Avenue<br>West Orange, NJ 07107<br><3420-000 Accountant for Trustee Expenses (Other Firm)><br>, 200<br>Order to employ Doc. #45 | Administrative<br>10/14/21 | | $79.14<br>$79.14 | $0.00 | $79.14 |
| ACCT FEE | Bederson LLP<br>374 Mount Pleasant Avenue<br>West Orange, NJ 07107<br><3410-000 Accountant for Trustee Fees (Other Firm)><br>, 200<br>Order to employ Doc. #45 | Administrative<br>10/14/21 | | $15,151.00<br>$15,151.00 | $0.00 | $15,151.00 |
| ATTY EXP | Karalis, PC<br>1900 Spruce Street<br>Philadelphia, PA 19103<br><3120-000 Attorney for Trustee Expenses (Trustee Firm)><br>, 200<br>Order to employ Doc. #43 | Administrative<br>10/14/21 | | $1,761.25<br>$1,761.25 | $0.00 | $1,761.25 |
| ATTY FEE | Karalis, PC<br>1900 Spruce Street<br>Philadelphia, PA 19103<br><3110-000 Attorney for Trustee Fees (Trustee Firm)><br>, 200<br>Order to employ Doc. #43 | Administrative<br>10/14/21 | | $35,771.00<br>$35,771.00 | $0.00 | $35,771.00 |
| BOND | International Sureties,<br><2300-000 Bond Payments><br>, 200 | Administrative<br>01/03/21 | | $0.00<br>$23.78 | $23.78 | $0.00 |
| FEE | Christine C. Shubert<br>821 Wesley Ave<br>Ocean City, NJ 08226<br><2100-000 Trustee Compensation><br>, 200 | Administrative<br>10/26/21 | | $9,830.00<br>$9,830.00 | $0.00 | $9,830.00 |

Page: 2

# Exhibit C

## Analysis of Claims Register

**Case:** 20-11073-ELF                    **DECLAN H. MANNION AND JACINTA M.**

Claims Bar Date: 07/12/20

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| TE | Christine C. Shubert<br>821 Wesley Ave<br>Ocean City, NJ 08226<br><2200-000 Trustee Expenses><br>, 200 | Administrative<br>10/14/21 | | $29.01<br>$29.01 | $0.00 | $29.01 |
| 1P | Pennsylvania Department of Revenue Bankruptcy Division PO BOX 280946 Harrisburg, PA 17128<br><5800-000 Claims of Governmental Units - § 507(a)(8)><br>, 570<br>Valid | Priority<br>02/25/20 | | $27.56<br>$27.56 | $0.00 | $27.56 |
| 1U | Pennsylvania Department of Revenue Bankruptcy Division PO BOX 280946 Harrisburg, PA 17128<br><7300-000 Section 726(a)(4) Fines, Penalties><br>, 630<br>Valid-penalties | Unsecured<br>02/25/20 | | $92.51<br>$92.51 | $0.00 | $92.51 |
| 2 | Customers Bank<br>99 Bridge Street<br>Phoenixville, PA 19460<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610<br>Valid | Unsecured<br>04/20/20 | | $25,563.73<br>$25,563.73 | $0.00 | $25,563.73 |
| 3 | Midland Funding LLC<br>Po Box 2011<br>Warren, MI 48090<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610<br>Valid | Unsecured<br>04/28/20 | | $897.97<br>$897.97 | $0.00 | $897.97 |
| 4 | Portfolio Recovery Associates, LLC<br>POB 12914<br>Norfolk, VA 23541<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610<br>Valid | Unsecured<br>05/01/20 | | $1,882.12<br>$1,882.12 | $0.00 | $1,882.12 |

UST Form 101-7-TFR (5/1/2011)

Page: 3

# Exhibit C

## Analysis of Claims Register

**Case: 20-11073-ELF**                **DECLAN H. MANNION AND JACINTA M.**

Claims Bar Date: 07/12/20

| Claim No. | Claimant Name/<br><Category>, Priority | Claim Type/<br>Date Filed | Claim Ref | Amount Filed/<br>Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 5 | American Express National Bank c/o Becket and Lee LLP,<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>06/09/20 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | Doc. #78 \| 09/24/2020 \| Praecipe to Withdraw Proof of Claim(s): 5 Filed by American Express National Bank. (Bharatia, Shraddha) | | | | | |
| 6 | Jamie M Holland<br>4704 Santa Barbara Blvd<br>Cape Coral, FL 33914<br><7200-000 Section 726(a)(3) Tardily Filed General Unsecured Claims><br>, 620 | Unsecured<br>01/27/21 | | $5,034.06<br>$5,034.06 | $0.00 | $5,034.06 |
| | Valid-Tardy | | | | | |
| 8 | ARF Financial, LLC<br>c/o Weltman, Weinberg & Reis Co., L.P.A.<br>PO Box 93784<br>Cleveland, OH 44101<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>06/16/21 | | $28,436.33<br>$28,436.33 | $0.00 | $28,436.33 |
| | Valid - allowed as timely general unsecured per order doc 155 | | | | | |
| | | | | **Case Total:** | **$23.78** | **$124,555.68** |

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 20-11073-ELF
Case Name: DECLAN H. MANNION AND JACINTA M. MANNION
Trustee Name: Christine C. Shubert

**Balance on hand:** $ 82,296.47

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | | None | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 82,296.47

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Christine C. Shubert | 9,830.00 | 0.00 | 9,830.00 |
| Trustee, Expenses - Christine C. Shubert | 29.01 | 0.00 | 29.01 |
| Attorney for Trustee Fees - Karalis, PC | 35,771.00 | 0.00 | 35,771.00 |
| Bond Payments - International Sureties | 23.78 | 23.78 | 0.00 |
| Attorney for Trustee, Expenses - Karalis, PC | 1,761.25 | 0.00 | 1,761.25 |
| Accountant for Trustee Fees (Other Firm) - Bederson LLP | 15,151.00 | 0.00 | 15,151.00 |
| Accountant for Trustee Expenses (Other Firm) - Bederson LLP | 79.14 | 0.00 | 79.14 |

Total to be paid for chapter 7 administrative expenses: $ 62,621.40
Remaining balance: $ 19,675.07

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments | Proposed Payment |
|---|---|---|---|
| | None | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 19,675.07

UST Form 101-7-TFR(5/1/2011)

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $27.56 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1P | Pennsylvania Department of Revenue | 27.56 | 0.00 | 27.56 |

|  | Total to be paid for priority claims: | $ | 27.56 |
|---|---|---|---|
|  | Remaining balance: | $ | 19,647.51 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $56,780.15 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 34.6 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | Customers Bank | 25,563.73 | 0.00 | 8,845.76 |
| 3 | Midland Funding LLC | 897.97 | 0.00 | 310.72 |
| 4 | Portfolio Recovery Associates, LLC | 1,882.12 | 0.00 | 651.27 |
| 5 | American Express National Bank c/o Becket and Lee LLP | 0.00 | 0.00 | 0.00 |
| 8 | ARF Financial, LLC | 28,436.33 | 0.00 | 9,839.76 |

|  | Total to be paid for timely general unsecured claims: | $ | 19,647.51 |
|---|---|---|---|
|  | Remaining balance: | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $5,034.06 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 6 | Jamie M Holland | 5,034.06 | 0.00 | 0.00 |

|  | Total to be paid for tardily filed general unsecured claims: | $ | 0.00 |
|---|---|---|---|
|  | Remaining balance: | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $92.51 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1U | Pennsylvania Department of Revenue | 92.51 | 0.00 | 0.00 |

|  |  |
|---|---|
| Total to be paid for subordinated claims: | $ 0.00 |
| Remaining balance: | $ 0.00 |

**UST Form 101-7-TFR(5/1/2011)**